INDEPENDENT OIL AND CHEMICAL WORKERS UNION OF LOUISIANA.

No. 49137.

March 25, 1968.

Writ refused. No error of law in the judgment.

208 So.2d 324

SUCCESSION of H. A. TEAGLE.

No. 49138.

March 25, 1968.

The application is denied. According to the facts of this case, as found to be by the Court of Appeal, the judgment complained of is correct.

208 So.2d 324

GLENN ADVERTISING, INC.

v.

Ben BECKHAM, Jr., et al.

No. 49139.

March 25, 1968.

Writ denied. There appears no error of law in the judgment of the Court of Appeal.

BARHAM, J., recused.

208 So.2d 324

Clay J. CALHOUN

v.

LOUISIANA MATERIALS CO., Inc.

No. 49144.

March 25, 1968.

Writ refused. On the facts found by the Court of Appeal, the result is correct.